UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                     Plaintiff,

     -against-

MAHMUD CHOWDHURY et al,

                     Defendant.

-------------------------------------------------------------- x

21-CR-456 (ALC)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-10-21

**ANDREW L. CARTER, JR., District Judge:**

A telephone status conference is set for **September 14, 2021** at **12:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:     New York, New York
             September 10, 2021

                                                 ANDREW L. CARTER, JR.
                                                 United States District Judge