UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

United States of America,

                                          **ORDER**
                                          21-CR-456 (ALC)

        -against-

Mahmud Chowdhury,

                Defendant(s)
----------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

    A Change of Plea Hearing is set for **October 7, 2021** at **12:00 p.m.**

    **SO ORDERED.**

Dated: New York, New York
       September 28, 2020

                                                ANDREW L. CARTER, JR.
                                                UNITED STATES DISTRICT JUDGE