**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

10-28-21

----------------------------------------------------------X

UNITED STATES OF AMERICA,                                   21 Cr. 456 (ALC)

**ORDER**

     -against-

MAHMUD CHOWDHURY et al.,

----------------------------------------------------------X

ANDREW L. CARTER, JR., District Judge:

     The status conference scheduled for November 4, 2021 is adjourned

without a date.

SO ORDERED.

Dated: New York, New York
      October 28, 2021

ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE