USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-13-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

United States of America,

                                   **ORDER**

                                   **21-CR-456 (ALC)**

-against-

Mahmud Chowdhury,

-------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

    The sentencing set for February 15, 2022 is adjourned to **April 29, 2022** at **12:00 p.m.**

    SO ORDERED.

Dated: New York, New York
       January 13, 2022

*/s/ Andrew L. Carter, Jr.*

**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**