UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                                                                              **ORDER**
                                                                              21-CR-456 (ALC)

-against-

Mahmud Chowdhury,

-----------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

      The Sentencing scheduled for April 29, 2022 is adjourned to **June 10, 2022** at **12:00 p.m.**

      **SO ORDERED.**

Dated: New York, New York
       April 19, 2022

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE