**MEMO ENDORSED**

# GEORGE A. FARKAS
ATTORNEY AND COUNSELOR AT LAW

32 Court Street, Suite 408 – Brooklyn, N.Y. 11201

718. 625-2500
FAX: 718. 625-6837

VIA ECF

April 18, 2022

Hon. Andrew L. Carter, Jr. USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/27/22

Re: U.S. v. Chowdhury, et al
21 CR 00456 - ALC

Your Honor,

I am respectfully submitting this letter on behalf of my client Mahmud Chowdhury as well as his 3 co-defendants, Shakil Ahmed, Belayet Hussain and Firoz Ahammad. I have personally spoken to counsel for each co-defendant and they all consent and join in the submission of this application.

The Court is aware that the defendants are permitted to work together but must seek permission for any other common activity.

All defendants are devout followers of the Muslim faith. They will be celebrating a holiday known as *Eid-al-Fitr* which marks the end of *Ramadan*. They respectfully seek permission from the Court to congregate together in each other's houses, partake in ceremonial meals and conduct prayer services during the period April 30, 2022 to May 2, 2022

AUSA Thomas John Wright has consented on behalf of the Government and the Court has previously granted a similar application in this matter. (See Doc.#48)

We respectfully request that Your Honor grant the relief sought.

Respectfully submitted,

GEORGE A. FARKAS, ESQ

GAF:kjh

cc: A.U.S.A. Thomas John Wright
Michael Farkas, Esq.- Counsel to Shakil Ahmed
Steven Brounstein, - Esq. Counsel to Belayet Hussain
Zachary Taylor, Esq.h

The application is **GRANTED.**
So Ordered.

4/27/22