**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 27, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  5/31/22
```

**By ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Mahmud Chowdhury, et al.*, 21 CR 456 (ALC)

Dear Judge Carter,

    The Government respectfully submits this letter with the consent of all four defendants in the above-captioned case to request the adjournment of the sentencing proceedings against all four of those defendants, currently scheduled for June 10, 2022, to July 13, 2022, July 14, 2022, or July 15, 2022, or whatever date thereafter is most convenient for the Court on which counsel for the defendants can also be available. The parties are very conscious of the prior request to adjourn the sentencing proceedings and the challenge of aligning the sentencing proceedings for all four defendants upon the same day, which remains the respectful request of the parties. In light of the now anticipated trial schedule and resulting unavailability of the undersigned representative of the Government, who is the only representative of the Government who has participated in the above-captioned case or the investigation underlying it, on June 10, 2022, with the consent of the defendants, the Government respectfully requests this adjournment and a concomitant stay pending the ruling of the Court of the otherwise applicable schedule for sentencing submissions.

                                                      Respectfully submitted,

                                                      DAMIAN WILLIAMS
                                                      United States Attorney

                                   By: */s/ Thomas John Wright*
                                        Thomas John Wright
                                        Assistant United States Attorney
                                        (212) 637-2295

cc: All Counsel (by ECF)

The application is **GRANTED**. Mr. Chowdhury's sentencing adjourned to 7/15/22 at 12 p.m. Mr. Ahmed's sentencing adjourned to 7/15/22 at 1 p.m. Mr. Hussain's sentencing adjourned to 7/15/22 at 2 p.m. Mr. Ahammad's sentencing adjourned to 7/15/22 at 3 p.m.
So Ordered.

*/s/ Andrew L. Carter*  5/31/22