```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-12-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

United States of America,

                                                            **ORDER**

                                                            21-CR-456 (ALC)

        -against-

Mahmud Chowdhury,

----------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

        Due to a conflict on the Court's calendar, the sentencing scheduled for July 15, 2022 at 12:00 p.m. is being adjourned to **1:30 p.m.**

        **SO ORDERED.**

Dated: New York, New York
       July 12, 2022

                                                  _____
                                                  ANDREW L. CARTER, JR.
                                                  UNITED STATES DISTRICT JUDGE