**MEMO ENDORSED**

## MCF

Michael C. Farkas, Esq., PLLC

P: 212.760.8400 • F: 212.760.8403 • E: mfarkas@farkaslawfirm.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-16-22

88 Pine Street, 22nd Floor
New York, New York 10005

32 Court Street, Suite 408
Brooklyn, New York 11201

August 15, 2022

Via ECF

Hon. Andrew L. Carter, Jr.
U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: United States v. Mahmud Chowdhury & Shakil Ahmed
    21 CR 456

Your Honor:

I write to request that the Court issue an Order to the Department of Pre-Trial Services, directing same to release and return the passports of defendants Mahmud Chowdhury and Shakil Ahmed to those defendants. I make this request jointly with Mr. Chowdhury's co-counsel, George Farkas, Esq.

I have been informed by Messrs. Chowdhury and Ahmed that Pre-Trial Services wishes to return their passports to them, but requires the requested Order in order to do so. Further, I note that the Court has received similar requests from the co-defendants in this matter, which it endorsed with Orders directing that Pre-Trial Services return their passports. These defendants all understand that no travel outside of their designated areas, international or otherwise, may be conducted without the approval of the Probation Department.

I have also conferred with AUSA Thomas Wright, who indicated to me that the government has no objection to this request.

Thank you.

Very truly yours,

Michael C. Farkas

The application is ✓ granted.
              ___ denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: 8-16-22
       NY, New York